```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  MARCO ANTONIO ORTEGA,                                     :
                                        Plaintiff,          :
                                                            :       21 Civ. 10212 (LGS)
                   -against-                                :
                                                            :              ORDER
  THE MATILDA GOURMET DELI INC., ET                         :
  AL.,                                                      :
                                        Defendants.         :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff has not been in communication with Defendants and intends to move for default.  It is hereby

**ORDERED** that the initial pretrial conference scheduled for March 2, 2022, at 4:20 P.M. is CANCELLED.

Dated: February 28, 2022
       New York, New York

                                            _____
                                            **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**