

May 9, 2022

**VIA ECF**
Hon. Lorna Schofield
Southern District of New York
500 Pearl Street
New York, NY 10007

          Re:    Ortega v. The Matilda Gourmet Deli Inc.
                  Civil Case No.: 1:21-cv-10212-LGS

---

Dear Judge Schofield.

     My office represents Plaintiff in the above-referenced matter. I write to respectfully request a short adjournment of the Order to Show Cause currently scheduled for May 11th at 4:20PM. The reason for the request is that I had a previously scheduled medical procedure at that time. This is the first request that Plaintiff makes to reschedule the Order to Show Case and I thank the Court for its time and consideration.

Respectfully submitted,
**STILLMAN LEGAL, P.C.**

/s/ Lina Stillman
*Counsel for Plaintiff*

Application GRANTED. The hearing scheduled for May 11, 2022, at 4:20 P.M., is adjourned to **May 18, 2022, at 4:20 P.M.** At that time, the parties shall dial the conference line at 888-363-4749 and use access code 558-3333.

Plaintiff shall serve a copy of this Order on the Defendants and file an affidavit of service by **May 11, 2022**.

Dated: May 10, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE