UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARCO ANTONIO ORTEGA,
                      Plaintiff,

                                                                                                  21 Civ. 10212 (LGS)

           -against-

                                                                                   ORDER

THE MATILDA GOURMET DELI INC., et al.,
                     Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated May 10, 2022, at Dkt. No. 64, adjourned the hearing for Defendants to show cause why an order granting default judgment should not be entered, from May 11, 2022, to May 18, 2022, at 4:20 P.M.;

WHEREAS, Plaintiff has not yet filed proof of service of that Order. It is hereby

**ORDERED** that Plaintiff shall serve the Order at Dkt. No. 64 on Defendants and file proof of service by **May 16, 2022**, or, if Plaintiff is unable to serve Defendants, file a letter by **May 16, 2022**, requesting a further adjournment of the show-cause hearing.

Dated: May 13, 2022
        New York, New York

                                                                       LORNA G. SCHOFIELD
                                                           UNITED STATES DISTRICT JUDGE