```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
MARCO ANTONIO ORTEGA,                                        :
                                    Plaintiff,               :
                                                             :   21 Civ. 10212 (LGS)
              -against-                                      :
                                                             :            ORDER
THE MATILDA GOURMET DELI INC., et al.,                       :
                                    Defendants.              :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated May 10, 2022, at Dkt. No. 64, rescheduled the hearing for Defendants to show cause why an order should not be entered granting default judgment to Plaintiff for May 18, 2022, at 4:20 P.M.;

WHEREAS, Plaintiff was directed to serve the Order at Dkt. No. 64 on Defendants and file proof of service;

WHEREAS, Plaintiff filed proof of service identifying the wrong Order as having been served on Defendants;

WHEREAS, previous mailings from Plaintiff to Defendants at the service address have been returned as undeliverable. It is hereby

**ORDERED** that the hearing scheduled for May 18, 2022, at 4:20 P.M., for Defendants to show cause why an order should not be entered granting default judgment to Plaintiff, is adjourned to **June 22, 2022, at 4:20 P.M.** At that time, the parties shall dial 888-363-4749 and use the access code 558-3333. It is further

**ORDERED** that Plaintiff shall serve a copy of this Order, the Order to Show Cause (Dkt. 61), the Proposed Order of Default (Dkt. No. 60) and all supporting papers for the Order to Show Cause (Dkt. Nos. 19, 39, 40, 41, 42, 43, 45, 46, 47, 54, 56, 56-1, 56-2) on each Defendant via

personal service by **June 8, 2022**, and shall file proof of service by **June 9, 2022**, stating specifically each document that was served by name and docket number.  It is further

**ORDERED** that If Plaintiff requires more time to effect service, Plaintiff shall file a letter by **June 9, 2022**, seeking a further adjournment of the hearing.

Dated: May 18, 2022
       New York, New York

                                               **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**