UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARCO ANTONIO ORTEGA,                          :
                Plaintiff,      :
                                 :
    -against-                               :   21 Civ. 10212 (LGS)
                                 :
THE MATILDA GOURTMET DELI INC, et al.,  :        ORDER
                Defendants.     :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order at Dkt. No. 76, dated July 21, 2022, directed Plaintiff to serve a copy of that Order on Defendants, to ensure all documents Plaintiff was previously directed to serve on Defendants in the Orders at Dkt. Nos. 68 and 69 were served properly, and to file an affidavit so attesting by July 27, 2022, since Plaintiff's prior affidavits did not affirm that all the documents were served, including Dkt. Nos. 19, 39, 40, 41, 42, 43, 45, 46, 47, 54, 56, 56-1, 56-2;

WHEREAS, on July 26, 2022, Plaintiff filed affidavits of service stating that the "Complaint, Letter and Clerk's Certificate of Default" had been served on Defendants, in some cases pursuant to New York Business Corporations Law § 306 and not by personal service, which does not comply with either part of the July 21 Order. It is hereby

**ORDERED** that, by **August 2, 2022, at noon**, Plaintiff shall fully comply with the Order at Dkt. No. 76, including filing an affidavit or declaration under penalty of perjury by Plaintiff's counsel describing what documents have been served, when, how and on whom. It is further

**ORDERED** that Plaintiff may seek an adjournment of the hearing of up to seven days if Plaintiff requires more time to serve Defendants properly. It is further

**ORDERED** that continued failure to comply with Court Orders by Plaintiff's counsel will result in sanctions, including but not necessarily limited to monetary sanctions.

Dated: August 1, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE