```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
  MARCO ANTONIO ORTEGA,                    :
                          Plaintiff,       :
                                           :
          -against-                        :      21 Civ. 10212 (LGS)
                                           :
  THE MATILDA GOURTMET DELI INC, et al.,   :      ORDER
                          Defendants.      :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a hearing was held in this action on August 2, 2022, for Defendants to show cause why default judgment should not be entered against them;

WHEREAS, Plaintiff appeared at the hearing through counsel, and Defendants failed to appear. Plaintiff's motion therefore will be decided on the papers;

WHEREAS, the damages and attorney's fees calculations attached to the Declaration of Lina M. Stillman (Dkt. Nos. 56-1, 56-2) contain a number of apparent errors, which were discussed at the conference. It is hereby

**ORDERED** that, by **August 10, 2022**, Plaintiff shall file a revised Proposed Default Judgment and a declaration attaching corrected calculations of damages and attorney's fees.

Dated: August 3, 2022
       New York, New York

                                              _____
                                              **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**